No. 578. BRACE, ADMINISTRATRIX, ET AL. v. CANADIAN PACIFIC RY. Co. ET AL. February 13, 1933. Petition for

writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Benjamin S., Grosscup, Arthur E. .Griffin,* and *Walter Schaffner* for petitioners. *Mr. Cassius E. Gates* for respondents.